JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | 2:23-cv-01740-MEMF-Ex | Date | October 2, 2025 |
|---|---|---|---|
| Title | Francis Woukop Yomi v. Department of Health and Human Services DHHS et al. | Page | 1 of 2 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Francis Woukop Yomi (Pro Se) | Yujin Chun |

**Proceedings: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [188] AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [191]**

The Court issued a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

Defendant is **ORDERED** to file a written request for a jury trial by October 9, 2025.

Plaintiff Yomi is **ORDERED** to file a written request for a jury trial or a waiver of jury trial by October 23, 2025.

Defendant requested a stay of this case due to the current lapse in appropriations which prevents counsel from consulting with Defense witnesses. Plaintiff stated that he does not oppose this request. The request is granted.

All current deadlines for the Parties shall be extended commensurate with the duration of the lapse in appropriations (i.e, each deadline shall be extended by the total number of days of the lapse in appropriations).

This action is hereby STAYED for the duration of the lapse in appropriations. The clerk is directed to ADMINISTRATIVELY CLOSE the case.

The parties are ORDERED to meet and confer file a joint status report with the Court within seven (7) days of the end of the lapse in appropriations with a proposed schedule of future

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | 2:23-cv-01740-MEMF-Ex | Date | October 2, 2025 |
|---|---|---|---|
| Title | Francis Woukop Yomi v. Department of Health and Human Services DHHS et al. | Page | 2 of 2 |

proceedings. Failure to adequately respond to this Order may result in this case being dismissed, without further warning, for failure to prosecute and/or failure to obey a Court order

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**